Case 06-72471 Doc 47 Filed 11/09/07 Entered 11/09/07 11:39:37 Desc Main
Document Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DON M. GREEN & BEVERLY A. GREEN  
4702 WINFORD LANE  
LOVES PARK, IL 61111  

SSN-xxx-xx-0720 & xxx-xx-3305

Case Number: 06-72471

Case filed on: 12/27/2006  
Plan Confirmed on:  

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $9,594.18        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 002 | DRAPER & KRAMER MORTGAGE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 9,161.67 | 9,161.67 | 0.00 | 0.00 |
| 023 | ILLINOIS DEPARTMENT OF REVENUE | 4,689.76 | 4,689.76 | 0.00 | 0.00 |
|  | Total Priority | 13,851.43 | 13,851.43 | 0.00 | 0.00 |
| 024 | DON M. GREEN | 0.00 | 0.00 | 7,457.43 | 0.00 |
| 999 | DON M. GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 7,457.43 | 0.00 |
| 001 | DRAPER & KRAMER MORTGAGE CORPORATION | 17,636.02 | 17,636.00 | 0.00 | 0.00 |
| 003 | SERVICE FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NATIONAL CITY BANK | 10,445.28 | 10,445.28 | 0.00 | 0.00 |
|  | Total Secured | 28,081.30 | 28,081.28 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 29,721.03 | 29,721.03 | 0.00 | 0.00 |
| 006 | SWEDISH AMERICAN HOSPITAL | 74.10 | 74.10 | 0.00 | 0.00 |
| 007 | M PHYLLIS KIRCHBERG | 1,513.35 | 1,513.35 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 546.12 | 546.12 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 255.50 | 255.50 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 2,113.16 | 2,113.16 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 1,748.60 | 1,748.60 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 1,735.49 | 1,735.49 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 2,037.22 | 2,037.22 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 3,782.72 | 3,782.72 | 0.00 | 0.00 |
| 015 | NATIONAL CAPITAL MANAGEMENT LCL | 574.16 | 574.16 | 0.00 | 0.00 |
| 016 | NATIONAL CAPITAL MANAGEMENT LCL | 245.52 | 245.52 | 0.00 | 0.00 |
| 017 | B-LINE LLC | 5,648.62 | 5,648.62 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 3,963.10 | 3,963.10 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 335.92 | 335.92 | 0.00 | 0.00 |
| 020 | DENNIS BREBNER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NATIONAL CAPITAL MANAGEMENT LCL | 3,352.29 | 3,352.29 | 0.00 | 0.00 |
| 022 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ILLINOIS DEPARTMENT OF REVENUE | 556.20 | 556.20 | 0.00 | 0.00 |
|  | Total Unsecured | 58,203.10 | 58,203.10 | 0.00 | 0.00 |
|  | Grand Total: | 102,135.83 | 102,135.81 | 9,457.43 | 0.00 |

Total Paid Claimant: $9,457.43  
Trustee Allowance: $136.75  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/01/2007        By /s/Heather M. Fagan